ALLIED REALTY COMPANY, RESPONDENT, v. FRANK PERNA AND EUGENIO BENEDUCE, APPELLANTS.

Submitted February 17, 1928—Decided April 19, 1928.

For the appellants, *John Milton.*

For the respondent, *Samuel Pesin.*

PER CURIAM.

The judgment under review herein is affirmed by an equally divided court, which renders any opinion by the court impossible.

*For affirmance*—PARKER, MINTURN, KALISCH, BLACK, LLOYD, VAN BUSKIRK, HETFIELD, DEAR, JJ. 8.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, KATZENBACH, CAMPBELL, WHITE, McGLENNON, KAYS, JJ. 8.